1  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
2  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
3  Telephone:  310-576-2100
   Facsimile:  310-576-2200
4  Email:  reboone@bryancave.com

5  **BRYAN CAVE LLP**
   Stephanie A. Blazewicz, California Bar No. 240359
6  2 Embarcadero Center, Suite 1410
   San Francisco, CA 94111
7  Telephone:  (415) 675-3400
   Facsimile:  (415) 675-3434
8  Email:  stephanie.blazewicz@bryancave.com

9  Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC.,
10 and COUNTRYWIDE BANK, N.A.

11

12               **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14

   C08-02721

| | |
|---|---|
| 15  WES WRIGHT, individually and on behalf of the general public, | Case No. |
| 16  Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC., AND COUNTRYWIDE BANK, N.A.** |
| 17  vs. | |
| 18  COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., NAPA LAND TITLE COMPANY, and DOES 1-20 | |
| 19  | |
| 20  Defendants. | (Napa County Superior Court Case No. 26-40623) |

*ORIGINAL FILED MAY 30 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

ADR / JL

COPY

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Wes Wright | Plaintiff |
| Napa Land Title Company | Defendant |
| Countrywide Home Loans, Inc. | Defendant |
| Countrywide Bank, N.A. | Defendant |
| Countrywide Financial Corporation, publicly traded on the New York Stock Exchange | Owns 100% of Defendants Countrywide Home Loans, Inc., and Countrywide Bank, N.A. |

Dated: May 30, 2008

BRYAN CAVE LLP
Robert E. Boone III
Stephanie A. Blazewicz

By: _____
    Stephanie A. Blazewicz
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., and
COUNTRYWIDE BANK, N.A.

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907