1  **BARWICK LAW FIRM**
   Jill E. Barwick, California Bar No. 113915
2  1303 Jefferson Street, Suite 200A
   Napa California 94559
3  Telephone:  (707) 258-1799
4  Facsimile:  (707) 258 8877
   Attorneys for Plaintiff WES WRIGHT
5
   **BRYAN CAVE LLP**
6  Robert E. Boone III, California Bar No. 132780
   120 Broadway, Suite 300
7  Santa Monica, CA 90401-2386
   Telephone: 310-576-2100
8  Facsimile: 310-576-2200
   Email: reboone@bryancave.com
9
   **BRYAN CAVE LLP**
10 James Goldberg, California Bar No. 107990
   Stephanie A. Blazewicz, California Bar No. 240359
11 2 Embarcadero Center, Suite 1410
   San Francisco, CA 94111
12 Telephone:  (415) 675-3400
   Facsimile:  (415) 675-3434
13 Email:      jim.goldberg@bryancave.com
              stephanie.blazewicz@bryancave.com
14
15 Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC.,
16 and COUNTRYWIDE BANK, N.A.

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| WES WRIGHT, individually and on behalf of the general public, | Case No. C 08-02721 JL |
| Plaintiff, | **STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO COMPLAINT** |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., NAPA LAND TITLE COMPANY, and DOES 1-20 | |
| Defendants. | |

## STIPULATION

This Stipulation is entered into by Plaintiff WES WRIGHT ("Plaintiff") and Defendants COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, N.A. (collectively "Countrywide").

WHEREAS, Plaintiff filed his Amended Complaint in this action on April 1, 2008.

WHEREAS, Countrywide was served with the Amended Complaint on April 30, 2008.

WHEREAS, Countrywide removed this action to federal court on May 30, 2008.

WHEREAS, pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Countrywide's response to the Complaint is due on June 6, 2008.

WHEREAS, Plaintiff has granted Countrywide an extension of 30 days, until July 7, 2008, to respond to the Complaint.

NOW, THEREFORE, Plaintiff and Countrywide, through their respective counsel of record, hereby agree and stipulate that Countrywide shall have until July 7, 2008 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated: June 5, 2008

**BARWICK LAW FIRM**

By: _____
Jill E. Barwick
Attorneys for Plaintiff
WES WRIGHT, individually and on behalf of the general public

Dated: June 5, 2008

**BRYAN CAVE LLP**

By: _____
Stephanie A. Blazewicz
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, N.A.