**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   310-576-2100
Facsimile:    310-576-2200
Email:         reboone@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         stephanie.blazewicz@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
and COUNTRYWIDE BANK, N.A.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WES WRIGHT, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., NAPA LAND TITLE COMPANY, and DOES 1-20<br><br>Defendants. | Case No. C08-02721 DJL<br><br>**CERTIFICATE OF SERVICE** |

I, Brenda L. Renner, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: brenda.renner@bryancave.com.

On May 30, 2008, I caused to be served on the interested parties in said action the within:

1. **ECF Registration Information Handout**
2. **Notice of Assignment of Case to a United States Magistrate Judge for Trial**
3. **USDC Guidelines**
4. **Civil Cover Sheet**
5. **Notice of Removal of Action to United States District Court Under 28 U.S.C. §§ 1331; 1441(b) (Federal Question)**
6. **Notice to Adverse parties of Removal of State Action**
7. **Certification of Interested Entities or Persons of Defendants Countrywide Home Loans, Inc., and Countrywide Bank, N.A.**
8. **Order Setting Initial Case Management Conference and ADR Deadlines**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

*See Attached Service List for Service Details*

[ ] **BY PERSONAL DELIVERY** - I caused document(s) to be hand delivered via Western Messenger to party by close of business day today.

[ ] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[X] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] **BY E-MAIL** – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

1  I declare that I am employed in the office of a member of the bar of this Court at whose
2  direction the service was made.

3  Executed on May 30, 2008, at San Francisco, California.

4

5    Brenda L. Renner                                           (Signature)
  (Type or print name)

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

**SERVICE LIST**
*Wes Wright vs. Countrywide Home Loans, Inc., et al.*
USDC, Northern District (Oakland Division ) Case No. C08-02721 DJL

| | |
|---|---|
| Jill E. Barwick, Esq.<br>Barwick Law Firm<br>1303 Jefferson Street, Suite 200A<br>Napa, CA 94559<br>Tel: (707) 258-1779<br>Fax: (707) 258-8877 | Attorneys for Plaintiff |

SF01DOCS\294.1

4

CERTIFICATE OF SERVICE    USDC CASE No. C08-027121 DJL

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907