JILL E. BARWICK (State Bar. No. 113915)
BARWICK LAW FIRM
1303 Jefferson Street, Suite 200A
Napa, CA 94559
Tel:   (707) 258-1799
Fax:   (707) 258-8877

Attorneys for Plaintiff
WES WRIGHT

MARK D. EPSTEIN (State Bar No. 168221)
DARRELL C. MARTIN (State Bar No. 191773)
ALBORG, VEILUVA & EPSTEIN LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Tel:   (925) 939-9880
Fax:   (925) 939-9915

Attorneys for Defendant
NAPA LAND TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WES WRIGHT, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., NAPA LAND TITLE COMPANY, and DOES 1-20,<br><br>Defendants. | Case No. 3:08-CV-02721-JL<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO COMPLAINT** |

## STIPULATION

This Stipulation is entered into by Plaintiff WES WRIGHT ("Plaintiff") and Defendant NAPA LAND TITLE COMPANY ("Napa").

WHEREAS, Plaintiff filed his Amended Complaint in this action on April 1, 2008.

WHEREAS, Napa was served with the Amended Complaint in this action on April 30, 2008.

WHEREAS, Defendants COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, N.A. (collectively "Countrywide") removed this action to federal court on May 30, 2008.

WHEREAS, prior to Countrywide filing its removal petition, Plaintiff granted Napa an extension of time to file its responsive pleading in the state court action until June 30, 2008.

WHEREAS, as a result of Countrywide's removal petition, and pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Defendant's response to the Amended Complaint would have been due on May 20, 2008.

WHEREAS, Plaintiff and Defendant are actively involved in settlement discussions to resolve this matter as between them.

WHEREAS, in an effort to explore and exhaust settlement efforts, Plaintiff has granted Napa an additional extension of time for Napa to file its responsive pleading to the Amended Complaint to July 14, 2008.

///

///

1  NOW, THEREFORE, Plaintiff and Napa, through their respective counsel of record,
2  hereby agree and stipulate that Napa shall have until July 14, 2008 to file its responsive pleading
3  to Plaintiff's Amended Complaint in this matter.

5  **IT IS SO STIPULATED.**

6  Dated: June 25, 2008                    BARWICK LAW FIRM

8  By: _____
   JILL E. BARWICK
   Attorneys for Plaintiff WES WRIGHT

11  Dated: June 25, 2008                   ALBORG, VEILUVA & EPSTEIN LLP

12  By: _____
13  MARK D. EPSTEIN
    DARRELL C. MARTIN
14  Attorneys for Defendant
    NAPA LAND TITLE COMPANY

NOW, THEREFORE, Plaintiff and Napa, through their respective counsel of record, hereby agree and stipulate that Napa shall have until July 14, 2008 to file its responsive pleading to Plaintiff's Amended Complaint in this matter.

IT IS SO STIPULATED.

Dated: June 25, 2008

BARWICK LAW FIRM

By: /s/ Jill E. Barwick
JILL E. BARWICK
Attorneys for Plaintiff WES WRIGHT

Dated: June 25, 2008

ALBORG, VEILUVA & EPSTEIN LLP

By: /s/ Darrell C. Martin
MARK D. EPSTEIN
DARRELL C. MARTIN
Attorneys for Defendant
NAPA LAND TITLE COMPANY