1  JILL E. BARWICK, #113915
   BARWICK LAW FIRM
2  1303 Jefferson Street, Suite 200A
   Napa, California 94559
3  (707) 258-1799 telephone
   (707) 258-8877 facsimile
4
   Attorneys for Plaintiff
5  WES WRIGHT

6  MARK D. EPSTEIN (S.B. # 168221)
   DARRELL C. MARTIN (S.B. # 191773)
7  ALBORG, VEILUVA & EPSTEIN, LLP
   200 Pringle Avenue, Suite 410
8  Walnut Creek, CA 94596
   Tel: (925) 939-9880
9  Fax: (925) 939 - 9915

10 Attorneys for Defendant
   NAPA LAND TITLE COMPANY
11
   STEPHANIE A. BLAZEWICZ, (S.B. # 240359)
12 BRYAN CAVE LLP
   2 Embarcadero Center, Suite 1410
13 San Francisco, CA 94111

14 Tel: (415) 675-3400
   Fax: (415) 675-3434
15
   Attorneys for Defendant
16 COUNTRYWIDE HOME LOANS, INC.
   and COUNTRYWIDE BANK, N.A.
17

18

19                   UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21

22
   WES WRIGHT, individually and on behalf  )  Case No.:  3:08-CV-02721-JL
23 of the general public,                  )
                                           )
24          Plaintiff,                     )  STIPULATION TO EXTEND THE
                                           )  TIME FOR PLAINTIFF TO
25     vs.                                 )  FILE MOTION FOR REMAND
                                           )  TO STATE COURT
26 COUNTRYWIDE HOME LOANS, INC.,           )
   COUNTRYWIDE BANK, N.A., NAPA            )
27 LAND TITLE COMPANY, AND DOES            )
   1-20,  inclusive,                       )
28                                         )
            Defendants.                    )

## STIPULATION

This Stipulation is entered into by Plaintiff WES WRIGHT ("Plaintiff") and Defendants COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, N.A. (collectively "Countrywide") and Defendants NAPA LAND TITLE COMPANY.

WHEREAS, Plaintiff filed his Amended Complaint in this action on April 1, 2008.

WHEREAS, Countrywide was served with the Amended Complaint on April 30, 2008.

WHEREAS, Countrywide removed this action to federal court on May 30, 2008.

WHEREAS, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Plaintiffs motion for remand is due on June 30, 2008.

WHEREAS, Defendants have granted Plaintiff an extension of 7 days, until Monday, July 7, 2008, to file a motion for remand in response to Countrywide's Removal of this action to Federal Court.

NOW, THEREFORE, Plaintiff, Napa Land Title and Countrywide, through their respective counsel of record, hereby agree and stipulate that Plaintiff shall have until July 7, 2008 to file a motion for remand to Countrywide's Removal of the Complaint and action to Federal Court.

**IT IS SO STIPULATED.**

Dated: June 30, 2008           BARWICK LAW FIRM

                               _____
                               JILL E. BARWICK
                               Attorney for Plaintiff
                               WES WRIGHT


                               BRYAN CAVE LLP

Dated: June 30, 2008

2



```
 1
 2                                              By: /s/ Stephanie A. Blazewicz
 3                                                  Attorneys for Defendants
                                                    COUNTRYWIDE HOME LOANS, INC.,
 4                                              and COUNTRYWIDE BANK, N.A.
 5
 6   Dated: June 30, 2008                           ALBORG, VEILUVA & EPSTEIN, LLP
 7
 8                                              By:
                                                    Mark D. Epstein
 9
                                                    Attorneys for Defendant
10                                                  NAPA LAND TITLE COMPANY
11
12
...
28
```

2
3
4
5
6  Dated: June 30, 2008
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____
Stephanie A. Sheridan
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.
and COUNTRYWIDE BANK, N.A.

ALBORG, VEILUVA & EPSTEIN, LLP

By: _____
Mark D. Epstein
Attorneys for Defendant
NAPA LAND TITLE COMPANY

3

Case 3:08-cv-02721-SC    Document 8    Filed 07/01/2008    Page 5 of 5