1  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
2  James C. Pettis, California Bar No. 223953
   120 Broadway, Suite 300
3  Santa Monica, CA 90401-2386
   Telephone:  310-576-2100
4  Facsimile:   310-576-2200
   Email:       reboone@bryancave.com
5                james.pettis@bryancave.com

6  **BRYAN CAVE LLP**
7  James Goldberg, California Bar No. 107990
   Stephanie A. Blazewicz, California Bar No. 240359
8  2 Embarcadero Center, Suite 1410
   San Francisco, CA 94111
9  Telephone:  (415) 675-3400
   Facsimile:   (415) 675-3434
10 Email:       james.goldberg@bryancave.com
                stephanie.blazewicz@bryancave.com
11
   Attorneys for Defendants
12 COUNTRYWIDE HOME LOANS, INC.,
   and COUNTRYWIDE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WES WRIGHT, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., NAPA LAND TITLE COMPANY, and DOES 1-20<br><br>Defendants. | Case No. C 08-02721 JL<br><br>(Napa County Superior Court Case No. 26-40623)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

SF01DOCS\472.1

1

DEFENDANTS' DECLINATION TO PROCEED BEFORE MAGISTRATE AND REQUEST FOR
REASSIGNMENT TO DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE: Pursuant to Northern District Local Rule 73-1(a), Defendants Countywide Home Loans, Inc. and Countrywide Bank, N.A. decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and request the reassignment of this case to a United States District Judge.

Dated: July 9, 2008

**BRYAN CAVE LLP**

By: ___/s/ James Goldberg___
       James Goldberg
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE BANK, N.A.