UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WES WRIGHT

       Plaintiff(s),                              No. 08-02721 JL

   v.                                      NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

COUNTRYWIDE HOME LOANS, INC.

       Defendant(s).

_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for September 3, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: July 10, 2008

                                                                 Richard W. Wieking, Clerk
                                                                 United States District Court

                                                                 _____
                                                                By: Wings Hom, Deputy Clerk