IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WES WRIGHT,
      Plaintiff(s),

v.

COUNTRYWIDE HOME LOANS INC., et al.,
      Defendant(s).
_____/

No. C-08-2721-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **September 5, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference. **Defendant's Motion to Dismiss will be heard on August 15, 2008 at 10:00 a.m.**

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    July 11, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
     Courtroom Deputy Clerk