**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
James C. Pettis, California Bar No. 223953
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   310-576-2100
Facsimile:    310-576-2200
Email:         reboone@bryancave.com
                  james.pettis@bryancave.com

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         james.goldberg@bryancave.com
                  stephanie.blazewicz@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
and COUNTRYWIDE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WES WRIGHT, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., NAPA LAND TITLE COMPANY, and DOES 1-20<br><br>Defendants. | Case No. Case No. C 08-02721 JL<br><br>**SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC., AND COUNTRYWIDE BANK, N.A.**<br><br>(Napa County Superior Court Case No. 26-40623) |

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL**
2  **PARTIES AND THEIR ATTORNEYS OF RECORD:**

3    Pursuant to Civil L.R. 3-16, the undersigned files this Supplemental Certification of Interested Entities or Persons and certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Countrywide Home Loans, Inc. | Defendant |
| Countrywide Bank, N.A. | Defendant |
| Countrywide Financial Corporation | Owns 100% of Defendants Countrywide Home Loans, Inc., and Countrywide Bank, N.A. |
| Bank of America Corporation | Owns 100% of Countrywide Financial Corporation |

Bank of America Corporation is a publicly-traded entity.  Neither Countrywide Home Loans, Inc., nor Countrywide Financial Corporation issue stock to the public.

Dated:  July 17, 2008            **BRYAN CAVE LLP**

By:  /s/ Stephanie A. Blazewicz
      Stephanie A. Blazewicz
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., and
COUNTRYWIDE BANK, N.A.

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907