**BRYAN CAVE LLP**
Gregory D. Trimarche (043686)
Aaron M. McKown (208781)
1900 Main Street, Suite 700
Irvine, California  92614
Telephone:     (949) 223-7000
Facsimile:     (949) 223-7100
Email: gregory.trimarche@bryancave.com
          aaron.mckown@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz (240359)
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email:     stephanie.blazewicz@bryancave.com

Attorneys for Defendant and
Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.,
erroneously sued as COUNTRYWIDE HOME
LOANS

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>        Defendant. | Case No. C 08-02721 JL<br><br>**SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF COUNTRYWIDE HOME LOANS, INC.** |
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation,<br><br>        Cross-Complainant,<br><br>    v.<br><br>FIDELITY NATIONAL TITLE COMPANY, TONY BAYARD DE VOLO DBA LAWRENCE CAPITAL, INC., and ROES 1-10,<br><br>        Cross-Defendants. | |

IR/372577.1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-16, the undersigned files this Supplemental Certification of Interested Entities or Persons and certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Countrywide Home Loans, Inc. | Defendant |
| Countrywide Financial Corporation | Owns 100% of Defendant Countrywide Home Loans, Inc., |
| Bank of America Corporation | Owns 100% of Countrywide Financial Corporation |

Bank of America Corporation is a publicly-traded entity. Neither Countrywide Home Loans, Inc., nor Countrywide Financial Corporation issue stock to the public.

Dated:  July 17, 2008

**BRYAN CAVE LLP**

By:  ___/s/ Stephanie A. Blazewicz___
Stephanie A. Blazewicz
Attorneys for Defendant and Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.,
erroneously sued as COUNTRYWIDE HOME
LOANS

IR/372577.1

2

SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
C 08-02721 JL

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614