1  JILL E. BARWICK, #113915
   BARWICK LAW FIRM
2  1303 Jefferson Street, Suite 200A
   Napa, California 94559
3  (707) 258-1799 telephone
   (707) 258-8877 facsimile
4
   Attorneys for Plaintiff
5  WES WRIGHT

6  MARK D. EPSTEIN (S.B. # 168221)
   DARRELL C. MARTIN (S.B. # 191773)
7  ALBORG, VEILUVA & EPSTEIN, LLP
   200 Pringle Avenue, Suite 410
8  Walnut Creek, California 94596
   Tel: (925) 939-9880
9  Fax: (925) 939-9915

10 Attorneys for Defendant
   NAPA LAND TITLE COMPANY
11

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15 | WES WRIGHT, individually and on behalf of | Case No: 3:08-CV-02721-JL
16 | the general public, |
   |                                          | NOTICE OF STIPULATION OF DISMISSAL
17 | Plaintiff,                               | OF DEFENDANT NAPA LAND TITLE
   |                                          | COMPANY
18 | vs.                                      |
19 | COUNTRYWIDE HOME LOANS, INC.,            |
   | COUNTRYWIDE BANK, N.A., NAPA             |
20 | LAND TITLE COMPANY, AND DOES 1-20,       |
   | inclusive,                               |
21 |                                          |
   | Defendants.                              |
22

23      IT IS HEREBY STIPULATED by and between Plaintiff WES WRIGHT ("Plaintiff") and

24 Defendant NAPA LAND TITLE COMPANY through their designated counsel that the above-

25 captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil

26 Procedure, Rule 41 (a)(1) as to Defendant Napa Land Title Company, only, each party mutually

27 agreeing to waive all costs and fees.

28

                                                1                    196910.pldg.Stipulation of Dismissal.wpd
                              NOTICE OF STIPULATION OF DISMISSAL

There have been no cross complaints filed in this action, nor has Defendant Napa Land Title Company filed an Answer in this action.

Dated: July 18, 2008                              BARWICK LAW FIRM

                                                  By: /s/ Jill E. Barwick
                                                  JILL E. BARWICK
                                                  Attorney for Plaintiff
                                                  WES WRIGHT

Dated: July 18, 2008                              ALBORG, VEILUVA & EPSTEIN, LLP

                                                  By: /s/ Darrell Martin
                                                  Darrell Martin
                                                  Attorneys for Defendant
                                                  NAPA LAND TITLE COMPANY