Robert E. Boone III, California Bar No. 132780
James C. Pettis, California Bar No. 223953
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   310-576-2100
Facsimile:   310-576-2200
Email:   reboone@bryancave.com
         james.pettis@bryancave.com

James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
**BRYAN CAVE LLP**
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   james.goldberg@bryancave.com
         stephanie.blazewicz@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
and COUNTRYWIDE BANK, N.A.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WES WRIGHT, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., NAPA LAND TITLE COMPANY, and DOES 1-20<br><br>Defendants. | Case No. C 08-02721 SC<br>(Napa County Superior Court Case No. 26-40623)<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS COUNTRYWIDE HOME LOANS, INC.'S AND COUNTRYWIDE BANK, N.A.'S MOTION TO DISMISS AND STRIKE PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 12(F)**<br><br>Date:   August 15, 2008<br>Time:   9:30 a.m.<br>Courtroom:   1, 17th Floor<br>The Hon. Samuel Conti |

689784

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Countrywide Home Loans, Inc. and Countrywide Bank, N.A. ("Defendants") hereby advise the Court that Plaintiff Wes Wright has not filed or served an opposition to Defendants' Motion to Dismiss and Strike Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f) ("Motion").

Defendants e-filed and served their Motion on July 7, 2008, and the hearing date was set for August 13, 2008. The Court later continued the hearing date until August 15, 2008. Under the Northern District's Local Rules, "[a]ny opposition to a motion must be served and filed not less than 21 days before the hearing date." L.R. 7-3(a). And, pursuant to Local Rule 11-4(a), "[e]very member of the bar of this Court and any attorney permitted to practice in this Court under Civil L.R. 11 must … (2) Comply with the Local Rules of this Court…."

Here, Plaintiff was required to file his opposition or statement of non-opposition to Defendants' Motion on July 25, which is 21 days prior to the August 15 hearing date. Plaintiff has not filed an opposition or statement of non-opposition, and the failure to file these papers may be treated as consent to granting a motion. *See*, *e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). Thus, this Court should grant Defendants' Motion in its entirety.

Dated:  August 1, 2008                **BRYAN CAVE LLP**


By:  /s/ James C. Pettis
         James C. Pettis
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
and COUNTRYWIDE BANK, N.A.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401.

On **August 1, 2008**, I served the foregoing document, described as **NOTICE OF NON-OPPOSITION TO DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND COUNTRYWIDE BANK, N.A.'S MOTION TO DISMISS**, on each interested party in this action, as follows:

⊠　**VIA ELECTRONIC SERVICE**  The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

Executed on **August 1, 2008**, at Santa Monica, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____/s/ Karina Lopez_____
　　　　　Karina Lopez

689784

3

NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS