1  JILL E. BARWICK, #113915
   BARWICK LAW FIRM
2  1303 Jefferson Street, Suite 200A
   Napa, California 94559
3  (707) 258-1799 telephone
   (707) 258-8877 facsimile
4
   Attorneys for Plaintiff
5  WES WRIGHT

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11
   WES WRIGHT, individually and on behalf )   Case No.:   3:08-CV-02721-JL
12 of the general public,                 )
                                          )   NOTICE OF
13          Plaintiff,                    )   VOLUNTARY DISMISSAL
                                          )
14     vs.                                )
                                          )
15 COUNTRYWIDE HOME LOANS, INC.,          )
   COUNTRYWIDE BANK, N.A., NAPA           )
16 LAND TITLE COMPANY, AND DOES           )
   1-20,   inclusive,                     )
17                                        )
            Defendants.                   )
18 _____)

19      NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure Section 41

20 (a)m plaintiff voluntarily dismisses the above captioned action without prejudice.

21      There have been no cross complaints filed in this action, nor have any of the Defendants

22 filed an Answer in this action.

23
   Dated: August 11, 2008              BARWICK LAW FIRM
24

25                                     _____
                                       JILL E. BARWICK
26                                     Attorney for Plaintiff
                                       WES WRIGHT
27

28

Case 3:08-cv-02721-SC    Document 19    Filed 08/11/2008    Page 2 of 2