1   JILL E. BARWICK, #113915
    BARWICK LAW FIRM
2   1303 Jefferson Street, Suite 200A
    Napa, California 94559
3   (707) 258-1799 telephone
    (707) 258-8877 facsimile

4   Attorneys for Plaintiff
5   WES WRIGHT

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
    WES WRIGHT, individually and on behalf  )   Case No.:   3:08-CV-02721-JL
12  of the general public,                   )
                                             )   NOTICE OF
13            Plaintiff,                      )   VOLUNTARY DISMISSAL
                                             )
14       vs.                                 )
                                             )
15  COUNTRYWIDE HOME LOANS, INC.,            )
    COUNTRYWIDE BANK, N.A., NAPA             )
16  LAND TITLE COMPANY, AND DOES             )
    1-20,   inclusive,                       )
17                                           )
              Defendants.                     )
18  _____/

19       NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure Section 41

20  (a)m plaintiff voluntarily dismisses the above captioned action without prejudice.

21       There have been no cross complaints filed in this action, nor have any of the Defendants

22  filed an Answer in this action.

23  Dated: August 11, 2008                        BARWICK LAW FIRM
24
25                                                _____
                                                  JILL E. BARWICK
26                                                Attorney for Plaintiff
                                                  WES WRIGHT
27

28